UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
SHANTEL TALLEY ET AL.,                                             :
:
                                        Plaintiffs,               :
:
                                                                  :        25-cv-0909 (LJL)
                -v-                                                :
:                       ORDER
MELISSA AVILES-RAMOS ET AL.,                                       :
:
                                        Defendants.               :
:
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

The parties are hereby ordered to show cause by end of day Wednesday, February 18, why this case should not be stayed pending a decision by the New York Court of Appeals on the certified question in *Cruz v. Banks*, 134 F.4th 687 (2d Cir. 2025). That is, "When a student is covered by more than one class size regulation under § 200.6(h)(4), do the varying restrictions serve as distinct requirements that must be independently fulfilled or as a list of class size options from which the DOE may pick?" *Id.* at 698–99. *See Cruz v. Banks*, 259 N.E.3d 1122 (N.Y. 2025) ("accepting the issue presented."); *see also Cruz*, 134 F.4th at 694–95 (noting that *Navarro Carrillo v. New York City Department of Education*, 2023 WL 3162127, at \*3 (2d Cir. May 1, 2023) was a "nonprecedential . . . summary order").

        SO ORDERED.

Dated:  February 13, 2026
        New York, New York                        _____
                                                          LEWIS J. LIMAN
                                                     United States District Judge