**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------------X
SHANTEL TALLEY, *individually and as Parent and*
*Natural Guardian of A.T.C.*

                        Plaintiff,                          25 **CIVIL** 00909 (LJL)

      -against-                                 **JUDGMENT**

  MELISSA AVILES-RAMOS, et al.,

                       Defendants.
-------------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Opinion and Order dated March 3, 2026 Plaintiff's motion for summary

judgment DENIED, and Defendants' motion for summary judgment is GRANTED. Accordingly,

the case is closed.

**Dated:** New York, New York

     March 6, 2026

                                     **TAMMI M. HELLWIG**

                                _____

                                   **Clerk of Court**

          **BY:**

                                  _____

                                   **Deputy Clerk**